Magistrate Judge S. Kate Vaughan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JATIN DEWANI,

                        Plaintiff,

      v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

                        Defendant.

Case No. C25-2319-SKV

STIPULATED MOTION TO STAY AND
[~~PROPOSED~~] ORDER

Noted for Consideration:
January 23, 2026

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through March 31, 2026. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-526E, Immigrant Petition by Regional Center Investor, and Forms I-485, Applications to Register Permanent Residence. Defendants' response to the Complaint is due January 30, 2026.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[Case No C25-2319-SKV] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

After a review of the current administrative record, USCIS determined that it needs additional time to adjudicate Plaintiffs' Form I-526E.  Thus, the parties believe that an extension is warranted in this instance.

Accordingly, the parties request that the Court hold the case in abeyance until March 31, 2026.

**SO STIPULATED.**

DATED this 23rd day of January, 2026.

Respectfully submitted,

CHARLES NEIL FLOYD                          BLESS LITIGATION LLC
United States Attorney

*s/ Matt Waldrop*                                    *s/ Jesse M. Bless*
MATT WALDROP, GA No. 349571        JESSE M. BLESS, PHV
Assistant United States Attorney           Bless Litigation LLC
United States Attorney's Office             6 Vineyard Lane
Western District of Washington           Georgetown, Massachusetts 01833
700 Stewart Street, Suite 5220             Phone: 718-704-3897
Seattle, Washington 98101-1271          Email: jesse@blesslitigation.com
Phone:  206-553-7970
Fax:      206-553-4067                            *Attorneys for Plaintiff*
Email:   james.waldrop@usdoj.gov

*Attorneys for Defendant*

I certify that this memorandum contains 214 words,
in compliance with the Local Civil Rules.

## [~~PROPOSED~~] ORDER

The case is held in abeyance until March 31, 2026.  The parties shall submit a status update on or before **March 31, 2026**.

DATED this 26th day of January, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[Case No C25-2319-SKV] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970